*05006 80*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JAMAL M BATAINEH, JR. | ) | Case No.  1:17cr48(10) (MC) |
| 6103 FM 2100 Road | ) | |
| Crosby, TX 77532 | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JAMAL M BATAINEH, JR.

who is accused of an offense or violation based on the following document filed with the court:

☑ SEALED Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21:846  and 18:2 Conspiracy to possess with intent to distribute  Schedule I controlled substance, aid & abet.

Date:     **4/13/17**

City and state:     Beaumont, Texas

*Issuing officer's signature*

David A. O'Toole, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)*  4/13/17 , and the person was arrested on *(date)*  11/21/2022
at *(city and state)*  Dulles, Virginia .

Date:   11/21/2022

*Arresting officer's signature*

arson Winston
*Printed name and title*