TYPE OF HEARING: DH
CASE NUMBER: 22mj323
MAGISTRATE JUDGE: Ivan D. Davis
DATE: 11/23/22
TIME: 2 PM
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Jamal M. Bataineh Jr.

GOVT. ATTY: Margot Benedict / Kim Pedersen
DEFT'S ATTY: Todd Richman
DUTY AFPD: Deft admits to identity.

INTERPRETER/LANGUAGE

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( )

Govt is seeking detention - Govt exhibits 1,2 submitted to the Court. Deft argues for release with cmds - granted (suitable 3rd party custodian required) Deft indicated that

BOND a suitable 3rd party custodian may not be available and does not want to delay transport to charging district - Deft remanded to be transported

NEXT COURT APPEARANCE to the Eastern District of Texas. TIME

21 min.